UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Izuchukwu Umejesi, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 22-cv-00251-SE |
| | ) | |
| FCI Berlin, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

WARDEN'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the Warden of FCI Berlin moves this Court to grant summary judgment in its favor. On the undisputed material facts in this case, the Warden is entitled to judgment as a matter of law.

In support of this motion, the Warden refers the Court to the memorandum of law in support of its motion for summary judgment and to the exhibits and attachments referenced therein.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: September 12, 2022

By: /s/ Heather A. Cherniske
Heather A. Cherniske
Assistant U.S. Attorney
NH Bar No. 19837
53 Pleasant Street, 4th Floor
Concord, NH 03301
603-225-1552
Heather.Cherniske@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of September, 2022, a copy of the foregoing Motion and supporting Memorandum of Law was served via first class certified mail, return receipt requested, upon pro se petitioner Izuchukwu Umejesi, #786020-112, Federal Correctional Institute Berlin, P.O. Box 9000, Berlin, NH  03570.

                                        /s/ Heather A. Cherniske
                                        Heather A. Cherniske, AUSA