```
DEVGX   540*23 *            SENTENCE MONITORING              *     09-02-2022
PAGE 001        *            COMPUTATION DATA                *     15:42:32
                              AS OF 09-02-2022


REGNO..: 78602-112 NAME: UMEJESI, IZUCHUKWU KINGSLEY


FBI NO...........: DRK62PCPR            DATE OF BIRTH: 07-02-1989  AGE:  33
ARS1.............: BER/A-DES
UNIT.............: A UNIT               QUARTERS.....: A03-201U
DETAINERS........: YES                  NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 07-01-2023

THE INMATE IS PROJECTED FOR RELEASE: 12-29-2023 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: CALIFORNIA, CENTRAL DISTRICT
DOCKET NUMBER...................: CR 19-00380-VAP-4
JUDGE...........................: PHILLIPS
DATE SENTENCED/PROBATION IMPOSED: 05-24-2021
DATE COMMITTED..................: 11-24-2021
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:   $100.00        $00.00           $00.00        $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $673,780.85

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  548     18:1956 RACKETEERING
OFF/CHG: 18:1956(H) - CONSPIRACY TO ENGAGE IN MONEY LAUNDERING - CT1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     60 MONTHS
 TERM OF SUPERVISION............:      3 YEARS
 DATE OF OFFENSE................: 05-02-2018




G0002       MORE PAGES TO FOLLOW . . .
```

```
 DEVGX  540*23 *            SENTENCE MONITORING          *   09-02-2022
 PAGE 002        *            COMPUTATION DATA           *   15:42:32
                              AS OF 09-02-2022

REGNO..: 78602-112 NAME: UMEJESI, IZUCHUKWU KINGSLEY


 ------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 07-13-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-15-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-24-2021
TOTAL TERM IN EFFECT............:      60 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      5 YEARS
EARLIEST DATE OF OFFENSE........: 05-02-2018

JAIL CREDIT.....................:     FROM DATE     THRU DATE
                                      08-30-2019    05-23-2021

TOTAL PRIOR CREDIT TIME.........: 633
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 243
TOTAL GCT EARNED................: 135
STATUTORY RELEASE DATE PROJECTED: 12-29-2023
ELDERLY OFFENDER TWO THIRDS DATE: 12-29-2022
EXPIRATION FULL TERM DATE.......: 08-28-2024
TIME SERVED.....................:      3 YEARS      4 DAYS
PERCENTAGE OF FULL TERM SERVED..:  60.2
PERCENT OF STATUTORY TERM SERVED:  69.4

PROJECTED SATISFACTION DATE.....: 12-29-2023
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: UPDT GCT (27DIS) N/BPT 7-13-22.




G0002         MORE PAGES TO FOLLOW . . .
```

Case 1:22-cv-00251-SE   Document 8-3   Filed 09/12/22   Page 3 of 3
```
 DEVGX  540*23 *            SENTENCE MONITORING           *   09-02-2022
PAGE 003 OF 003 *            COMPUTATION DATA             *    15:42:32
                             AS OF 09-02-2022
```

```
REGNO..: 78602-112 NAME: UMEJESI, IZUCHUKWU KINGSLEY


------------------------------ CURRENT DETAINERS: ----------------------------

DETAINER NO..: 001
DATE LODGED..: 04-21-2022
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: IMMIGRATION AND CUSTOMS ENFORCEMENT
CHARGES......: LACKS IMMIGRATION STATUS OR NOTWITHSTANDING STATUS IS REMOVEAB




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```