```
 REG NO..: 78602-112 NAME....: UMEJESI, IZUCHUKWU KINGSLEY
 CATEGORY: ARS        FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP  DATE/TIME
BER    A-DES      DESIGNATED, AT ASSIGNED FACIL   04-06-2022 1856 CURRENT
9-M    RELEASE    RELEASED FROM IN-TRANSIT FACL   04-06-2022 1856 04-06-2022 1856
9-M    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  04-06-2022 0540 04-06-2022 1856
RVS    TRANSFER   TRANSFER                        04-06-2022 0440 04-06-2022 0440
RVS    A-DES      DESIGNATED, AT ASSIGNED FACIL   11-24-2021 1450 04-06-2022 0440
9-L    RELEASE    RELEASED FROM IN-TRANSIT FACL   11-24-2021 1550 11-24-2021 1550
9-L    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  06-07-2021 1624 11-24-2021 1550
DSC    ADMIN REL  ADMINISTRATIVE RELEASE          06-07-2021 1524 06-07-2021 1524
DSC    A-ADMIN    ADMINISTRATIVE ADMISSION        06-04-2021 0838 06-07-2021 1524




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```