# DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION DETAINER - NOTICE OF ACTION

| | |
|---|---|
| Subject ID: 376954494<br>Event #: MAN2204000097 | File No: 219 049 770<br>Date: April 14, 2022 |
| TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) BERLIN FED. CORR. INST.<br>1 SUCCESS LOOP DR.<br>BERLIN, NH 035700000 | FROM: (Department of Homeland Security Office Address)<br>ERO - Manchester, NH Sub-Office<br>ICE<br>ERO MANCHESTER Sub Office<br>275 Chestnut Street, Room 210<br>MANCHESTER, NH 03077 |

Name of Alien: UMEJESI, IZUCHUKWU KINGSLEY AKA: AKA-AKU, IZUKING; LA, KINGSLEY; MAN, ARMENIAN

Date of Birth: 07/02/1989    Citizenship: NIGERIA    Sex: M

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON** *(complete box 1 or 2).*

BOP #: 78602-112

- [ ] A final order of removal against the alien;
- [x] The pendency of ongoing removal proceedings against the alien;
- [x] Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- [x] Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION** *(complete box 1 or 2).*

- [ ] Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

**IT IS THEREFORE REQUESTED THAT YOU:**

- **Notify DHS** as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling [ ] U.S. Immigration and Customs Enforcement (ICE) or [ ] U.S. Customs and Border Protection (CBP) at 603-629-2800. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- **Maintain custody** of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien **must be served with a copy of this form** for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters
- Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
- Notify this office in the event of the alien's death, hospitalization or transfer to another institution.
- [ ] If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

KEVIN WILLIAMS - DEPORTATION OFFICER    _[signature]_
(Name and title of Immigration Officer)    (Signature of Immigration Officer) (Sign in ink)

**Notice:** If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

**TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:**

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____.

Local Booking/Inmate #: _____    Estimated release date/time: _____

Date of latest criminal charge/conviction: _____    Last offense charged/conviction: _____

This form was served upon the alien on _____, in the following manner:

- [ ] in person   [ ] by inmate mail delivery   [ ] other (please specify): _____

_____    _____
(Name and title of Officer)    (Signature of Officer) (Sign in ink)

DHS Form I-247A (3/17)    Page 1 of 3

**U.S. DEPARTMENT OF HOMELAND SECURITY**    Warrant for Arrest of Alien

File No.  219 049 770

Date: _____

To: Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations

I have determined that there is probable cause to believe that ___UMEJESI, IZUCHUKWU___ is removable from the United States. This determination is based upon:

☒ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☒ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

TIMOTHY T STEVENS
Digitally signed by TIMOTHY T STEVENS
Date: 2022.04.14 18:37:02 -04'00'

(Signature of Authorized Immigration Officer)

TIMOTHY STEVENS - SDDO
(Printed Name and Title of Authorized Immigration Officer)

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at ___Berlin NH___ (Location)

on ___UMEJESI, IZUCHUKWU___ (Name of Alien) on ___4/20/22___ (Date of Service), and the contents of this notice were read to him or her in the ___English___ (Language) language.

___B. Baga___
Name and Signature of Officer

Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)