

**U.S. Department of Justice**
**Memorandum**
Federal Bureau of Prisons

Central Office
320 First Street, N.W.
Washington, DC 20534

JUN 24 2022

MEMORANDUM FOR CHIEF EXECUTIVE OFFICERS

FROM: *Catricia Howard*
Catricia Howard, Assistant Director
Correctional Programs Division

TODD CRAIG (Digitally signed by TODD CRAIG, Date: 2022.06.24 09:00:28 -04'00')
T.R. Craig, Acting Assistant Director
Information, Policy & Public Affairs Division

SUBJECT: SENTRY – Unresolved Pending Charges

This memorandum is to advise staff of a new SENTRY tracking method for unresolved pending charges, including criminal, supervised release violations, and unknown immigration status charges.

Under the First Step Act of 2018, inmates are eligible to earn Federal Time Credits (FTCs) which can be applied toward pre-release community placement and early release. To apply the credit earned, an inmate must otherwise be eligible to participate in pre-release placement. Therefore, an inmate must not have detainers or unresolved pending charges. Additionally, the Office of Information Technology (OIT) is developing a fully automated system for both calculating and applying FTCs. For this to be accomplished, both detainers and unresolved pending charges must be tracked in SENTRY.

As an interim measure, the OIT has created a new CMA assignment, PC UNRSOLV. Correctional Systems staff will enter the assignment using the PP34 function for any inmate with unresolved pending charges. Once documentation has been received that either the charges are resolved or the applicable agency lodges a detainer, the assignment can be deleted. Access to the assignment is limited to Correctional Systems staff only. If Unit Management

staff receive documentation regarding the status of a pending charge, it is to be forwarded to Correctional Systems for verification and processing. In cases of multiple unresolved pending charges, staff only need to enter the assignment once and will delete it after all charges are resolved. This assignment is only required for inmates with unresolved pending charges for which a detainer has not been lodged.

As referenced, this is an interim process. The OIT staff are developing a Detainer Action Letter (DAL) application which will allow staff to generate DALs and track unresolved pending charges and detainers electronically. Once developed, this application will be fully integrated with SENTRY and the loading of separate assignments will be unnecessary.

Locally, the Case Management Coordinator, Supervisory Correctional Systems Specialists, and Correctional Systems staff will audit all inmates with unresolved pending charges and update SENTRY. Staff are to prioritize file audits by release date, reviewing inmates nearest to release first. This will ensure inmates with unresolved pending charges are not erroneously awarded credit and released early. The initial audits should be completed within 60 to 90 days of the issuance of this memorandum for those inmates releasing within the next year. Audits for those inmates with release dates beyond a year should be completed within 90 to 120 days from this issuance.

Specific instructions as to how to use this field will be sent to all Correctional Systems staff, Case Management Coordinators, and Regional Correctional Programs Administrators.

Please direct any questions regarding this matter to Rick Stover, Administrator, Correctional Programs Branch.


cc:  Correctional Systems
     Case Management Coordinators
     Regional Correctional Programs Administrators