UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Izuchukwu Umejesi

    v.                                        Case No. 22-cv-251-SE

Warden, FCI Berlin

ORDER

After due consideration of the objection filed (Doc. No. 32), I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 16, 2023, for the reasons explained therein. Mr. Umejesi's petition (Doc. Nos. 1, 26) is GRANTED. The respondent is directed to recalculate Mr. Umejesi's FSA time credits to include his eligibility for credits beginning on May 24, 2021, and to release him on the date established by that recalculation.

The clerk's office is directed to terminate all pending motions in this case, enter judgment and close the case.

                                                      /s/ Samantha D. Elliott
                                                      Samantha D. Elliott
                                                      United States District Judge

Date: March 30, 2023

cc:  Cathy Green, Esq.
     Seth R. Aframe, Esq.